FELICE JOHN VITI, Acting United States Attorney (#7007)
MARK Y. HIRATA, Assistant United States Attorney (#5087)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: mark.hirata@usdoj.gov

FILED US District Court-UT
JUL 16 '25 PM 12:32

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BORIS MOISEYEV, Defendant. | INDICTMENT<br><br>VIOLATIONS<br><br>**Count 1**: 21 U.S.C. § 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute (Methamphetamine)<br><br>**Count 2**: 21 U.S.C. § 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute (Heroin)<br><br>**Count 3**: 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br><br>**Count 4**: 18 U.S.C. § 922(g)(1) – Convicted Felon in Possession of a Firearm and Ammunition<br><br>Case: 2:25-cr-00278<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 7/15/2025 |

The Grand Jury charges:

**Count 1**
**21 U.S.C. § 841(a)(1)**
**(Possession with Intent to Distribute a Controlled Substance - Methamphetamine)**

On or about May 3, 2025, in the District of Utah,

**BORIS MOISEYEV,**

defendant herein, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**Count 2**
**21 U.S.C. § 841(a)(1)**
**(Possession with Intent to Distribute a Controlled Substance - Heroin)**

On or about May 3, 2025, in the District of Utah,

**BORIS MOISEYEV,**

defendant herein, knowingly and intentionally possessed with intent to distribute heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

**Count 3**
**18 U.S.C. § 924(c)(1)(A)**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about May 3, 2025, in the District of Utah,

**BORIS MOISEYEV,**

defendant herein, knowingly possessed a firearm, to wit: Ruger SR40 .40 caliber semi-automatic pistol, in furtherance of a drug trafficking crime as alleged in Count 1 of this Indictment, which is incorporated by reference herein, all in violation of 18 U.S.C. § 924(c)(1)(A), and punishable pursuant to 18 U.S.C. § 924(c)(1)(C)(i).

### Count 4
### 18 U.S.C. § 922(g)(1)
### (Convicted Felon in Possession of a Firearm and Ammunition)

On or about May 3, 2025, in the District of Utah,

**BORIS MOISEYEV,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: Ruger SR40 .40 caliber semi-automatic pistol and associated ammunition; and the firearm and ammunition were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924, or any violation of any other criminal law of the United States, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to:

- Ruger SR40 semi-automatic pistol, CAL: .40, S/N: 34276106; and
- Any associated magazine and ammunition.

The United States may seek a forfeiture money judgment and may seek to forfeit substitute assets.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

APPROVED:

FELICE JOHN VITI
Acting United States Attorney

_____
MARK Y. HIRATA
Assistant United States Attorney